IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01137-MSK-PAC

DONNA RUBIN,

     Plaintiff,

v.

RESORTQUEST INTERNATIONAL, INC.,

     Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that Plaintiff's Uncontested Motion to Amend Pleadings [filed July 17, 2006; Doc. No. 11] is **GRANTED**.  Plaintiff's Second Amended Complaint tendered on July 17, 2006 shall be considered filed this date.

Dated:  July 19, 2006