IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01137-MSK-PAC

DONNA RUBIN,

    Plaintiff,

v.

RESORTQUEST INTERNATIONAL, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiff's Motion to Amend Plaintiff's Second Amended Complaint [filed August 21, 2006; Doc. No. 21] is **denied** for failure to comply with D.C.Colo.LCivR. 7.1.A.

Dated:  August 23, 2006